39,667

Aug 12, 2015

Samuel Henderson #1736171
Stiles Unit
3060 F.M. 3514
Beaumont, Tx 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 17 2015

Abel Acosta, Clerk

Court of Criminal Appeals
Clerk Abel Acosta
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Dear Clerk Acosta:

Please find enclosed a Writ of Mandamus to be issued upon the Harris county Clerk, ordering the enforcement of Tex. Code of Crim. Proc. Art. 11.07.

Your attention to the matter would be greatly appreciated

Very truly,

Samuel Henderson

IN RE                                    X  IN THE COURT OF
                                         X  CRIMINAL APPEAL
                                         X
SAMUEL W. HENDERSON        X  OF TEXAS


## WRIT OF MANDAMUS


### JURIDICTION

The approved authority of Vernon's Ann. Tex. Constitution Art. 5 sec 5 gives this court the authority to issue this Writ of Mandamus on, Harris County District Clerk, Chris Daniel for the following reasons:

### I

Samuel Wade Henderson, filed three (3) applications for Writ of Habea Corpus pursuant to Art. 11.07 of Tex. Code of Criminal Procedures, (in causes 1315584, 1315583 and 1315585).

### II

On September 9, 2013, the 228th District Court order the Clerk not to transmit the documents of the application to the Court of Criminal Appeals until further ordered by the Court.

### III

At the writing of this Writ of Mandamus, seven hundred and two days has passed.

(1)

## IV

Mandamus may be used to compel the performance of a ministeral duty when the obligation to perform such an act is plainly defined. The ministeral duties are clearly defined by Tex. Code of Criminal Procedure Art. 11.07 (c) and (d).

## RELIEF

That this Court Issue this Writ of Mandamus, ordering the Clerk of Harris County to enforce the provisions of Art. 11.07 and sent the three Writ of Habeas Corpus to the Court of Criminal Appeals.

Mr. Samuel Henderson
Samuel Henderson #1736171
Stiles Unit
3060 FM 3514
Beaumont, Texas
77705